In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00056-CV


______________________________






IN RE: MARC MATHISON






 


Original Mandamus Proceeding




 




Before Cornelius, C.J., Grant and Ross, JJ.


Opinion by Justice Grant



O P I N I O N



 Marc Mathison, relator, has filed a motion seeking to dismiss his Petition for Writ of
Mandamus because the protective order from which he sought mandamus relief has been withdrawn
by the trial court. His motion is granted.

 The Petition for Writ of Mandamus is dismissed.




 Ben Z. Grant

 Justice


Date Submitted: May 7, 2002

Date Decided: May 7, 2002


Do Not Publish